MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 14-368 MEJ |
| v. | NOTICE OF DISMISSAL AND [PROPOSED] ORDER |
| ANTHONY HANDY, | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information without prejudice.

DATED: October 14, 2014              MELINDA HAAG
                                                     United States Attorney

                                                     /s/
                                                   MARC P. WOLF
                                                 Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 14-368 MEJ)

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the Information in the above captioned case.

Date: _____

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 14-368 MEJ)